**STATE v. TAYLOR**

[325 N.C. 542 (1989)]

STATE OF NORTH CAROLINA v. MADELINE TAYLOR

No. 92A89

(Filed 9 November 1989)

APPEAL of right by the State pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 92 N.C. App. 577, 375 S.E.2d 174 (1989), vacating a judgment of imprisonment entered upon defendant's conviction for a violation of N.C.G.S. § 14-118.2. Heard in the Supreme Court 11 October 1989.

*Lacy H. Thornburg, Attorney General, by David M. Parker, Assistant Attorney General, for the State, appellant.*

*Leland Q. Towns and Milton F. Fitch, Jr., for defendant-appellee.*

PER CURIAM.

For the reasons stated in the dissenting opinion of Cozort, J.,[1] the decision of the Court of Appeals is reversed. The cause is remanded to the Court of Appeals for further remand to the Superior Court, Pitt County, for reinstatement of the judgment.

Reversed and remanded.

---

1. *See also* 1989 N.C. Sess. Laws ch. 144 (clarifies N.C.G.S. § 14-118.2 by adding language which expressly covers the fact situation presented).